# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150381

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PHILLIP CALLOWAY,
      Defendant-Appellant.

SC: 150381
COA: 321182
Wayne CC: 08-007323-FC

_____/

      On order of the Court, the application for leave to appeal the September 19, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2015



Clerk

s0622